IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD A. STERRETT, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 14-235 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Maureen P. Kelly |
| GIANT EAGLE, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff's Motion for Rule 54(b) Certification (**Doc. 59**) is **DENIED**. Plaintiff falls well short of demonstrating entitlement to the exceptional relief requested,[1] and Local 636 has offered compelling reasons for denying the request. The Court adopts the reasoning in Local 636's opposition brief (Doc. 62), and it further holds that granting Plaintiff's request would afford insufficient weight to the policy against piecemeal appeals. *See* Elliot at 220 (Rule 54(b) "attempts to strike a balance" between parties' stated interests and "the undesirability of piecemeal appeals") (citation to quoted source omitted).

IT IS SO ORDERED.

April 13, 2015                                               s\Cathy Bissoon
                                                             Cathy Bissoon
                                                             United States District Judge

cc (via ECF email notification):

All counsel of record

---

[1] *See* Elliott v. Archdiocese of N.Y., 682 F.3d 213, 220 (3d Cir. 2012) (certification under Rule 54(b) "is the exception," and district court should grant it "only in the infrequent harsh case as an instrument for the improved administration of justice") (citation to quoted source omitted).