# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD A. STERRETT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 14-235 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| GIANT EAGLE, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Magistrate Judge Kelly's ruling regarding Plaintiff's tax returns was neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a) (reciting standards of review governing magistrate judges' non-dispositive rulings). Accordingly, Plaintiff's Objections (**Doc. 76**) are **OVERRULED**, and Judge Kelly's ruling is **AFFIRMED**.

Furthermore, Plaintiff's stated concerns regarding his wife's privacy interests easily may be addressed through redaction or protective order. *See* Kumar v. Hilton Hotels Corp., 2009 WL 3681837, *3 (W.D. Tenn. Oct. 30, 2009) (redaction); Interstate Narrow Fabrics, Inc. v. Century USA, Inc., 2004 WL 444570, *3 n.2 (M.D.N.C. Feb. 24, 2004) (protective order). The Court is confident that counsel can resolve this issue without further judicial intervention.

IT IS SO ORDERED.

July 7, 2015

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All Counsel of Record