IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD A. STERRETT,<br>     Plaintiff,<br><br> vs.<br><br><br>GIANT EAGLE, INC.; GIANT EAGLE,<br>INC. *doing business as* OK GROCERY<br>COMPANY; OK GROCERY COMPANY,<br>INC.; GENERAL WAREHOUSEMEN &<br>EMPLOYEES, LOCAL UNION NO. 636<br>*Affiliated with the INTERNATIONAL<br>BROTHERHOOD OF TEAMSTERS*,<br>     Defendants. | Civil Action No. 14-235<br>Judge Nora Barry Fischer/<br>Chief Magistrate Judge Maureen P. Kelly |

## O R D E R

AND NOW, this 6th day of June, 2016, after Plaintiff Richard A. Sterrett ("Plaintiff") filed an action in the above-captioned case, and after a Motion for Summary Judgment was filed by Defendants, and after a Report and Recommendation was filed by the Chief United States Magistrate Judge, ECF No. 111, recommending that the Motion be granted, and upon consideration of the Objections filed by Plaintiff, ECF No. 113, and the response to the Objections submitted by Defendants, ECF No. 115, and upon independent review of the record, and upon consideration of the Chief Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment, ECF No. 93, is GRANTED and the Clerk is to mark the case closed.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court,

at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:

/s/ Nora Barry Fischer
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

All Counsel of Record Via CM-ECF