IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD A. STERRETT, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 2:14-cv-00235-NBF-MPK |
| | ) |
| vs. | ) |
| | ) |
| GIANT EAGLE, INC., and GIANT EAGLE, | ) Judge Fischer |
| INC. d/b/a OK GROCERY COMPANY and | ) Magistrate Judge Kelly |
| OK GROCERY COMPANY, INC., and | ) |
| GENERAL WAREHOUSEMEN & | ) |
| EMPLOYEES, LOCAL UNION NO. 636, | ) |
| affiliated with the INTERNATIONAL | ) |
| BROTHERHOOD OF TEAMSTERS, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Richard A. Sterrett, Plaintiff, in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the order and final judgment dated and entered June 6, 2016 which granted summary judgment on Counts III and IV of the Amended Complaint and from the order dated and entered on February 25, 2015 which dismissed Counts I and II of the Amended Complaint.

ANSTANDIG McDYER P.C.

BY:/s/Daniel P. McDyer
    Daniel P. McDyer, Esquire
    Pa. I.D. No. 19854
    danmcdyer@ambylaw.com
    1300 Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219-1911
    412-765-3700 Telephone
    412-765-3730 Facsimile
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certify that a copy of the within Plaintiff's Notice of Appeal was filed and was served by electronic mail through the ECF filing system on this 21st day of June, 2016 to the following:

Elly Heller-Toig, Esquire
James F. Rosenberg, Esquire
Marcus & Shapira LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA 15219
ehtoig@marcus-shapira.com
Rosenberg@marcus-shapira.com
412-471-3490
Counsel for Giant Eagle, Inc. & OK Grocery Company

Lawrence R. Chaban, Esquire
2727 Grant Building
330 Grant Street
Pittsburgh, PA 15219
Email: lchaban@alpernschubertlaw.com
(412) 765-1888
Counsel for General Warehousemen & Employees,
Local Union No. 636
Affiliated with the International Brotherhood of Teamsters

ANSTANDIG McDYER P.C.

BY: /s/ *Daniel P. McDyer*
Daniel P. McDyer, Esquire