IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD A. STERRETT, | ) |
|     Plaintiff, | ) ) Civil Action No.: 2:14-cv-00235-NBF-MPK |
|     vs. | ) ) |
| GIANT EAGLE, INC., and GIANT EAGLE, INC. d/b/a OK GROCERY COMPANY and OK GROCERY COMPANY, INC., and GENERAL WAREHOUSEMEN & EMPLOYEES, LOCAL UNION NO. 636, affiliated with the INTERNATIONAL BROTHERHOOD OF TEAMSTERS, | ) ) Judge Fischer ) Magistrate Judge Kelly ) ) ) ) ) |
|     Defendants. | ) |

**CERTIFICATE OF NO TRANSCRIPT**

Notice is hereby given that no transcript will be ordered as judgment was entered on motions.

 

ANSTANDIG McDYER P.C.

BY: /s/Daniel P. McDyer
    Daniel P. McDyer, Esquire
    Pa. I.D. No. 19854
    danmcdyer@ambylaw.com
    1300 Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219-1911
    412-765-3700 Telephone
    412-765-3730 Facsimile
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certify that a copy of the within Certificate of No Transcript was filed and was served by electronic mail through the ECF filing system on this 21st day of June, 2016 to the following:

Elly Heller-Toig, Esquire
James F. Rosenberg, Esquire
Marcus & Shapira LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA 15219
ehtoig@marcus-shapira.com
Rosenberg@marcus-shapira.com
412-471-3490
Counsel for Giant Eagle, Inc. & OK Grocery Company

Lawrence R. Chaban, Esquire
2727 Grant Building
330 Grant Street
Pittsburgh, PA 15219
Email: lchaban@alpernschubertlaw.com
(412) 765-1888
Counsel for General Warehousemen & Employees,
Local Union No. 636
Affiliated with the International Brotherhood of Teamsters

ANSTANDIG McDYER P.C.

BY: /s/ *Daniel P. McDyer*
Daniel P. McDyer, Esquire