## TRANSCRIPT PURCHASE ORDER
### for Third Circuit Court of Appeals

District Court: Western District of Pennsylvania

Court of Appeals Docket No. 16-2888

District Court Docket No. 2:14-cv-00235

Short Case Title: Richard Sterrett v. Giant Eagle Inc. et al.

Date Notice of Appeal Filed by Clerk of District Court: 06/21/2016

**Part I.** (To be completed by party responsible for ordering transcript)
A. Check one of the following and serve ALL COPIES:

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

**TRANSCRIPT:**

__X__ None  
_____ Unnecessary for appeal purposes.  
_____ Already on file in the District Court Clerk's office.  
_____ This is to order a transcript of the proceedings heard on the date listed below from _____ (Court Reporter) (Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

_____ Voir dire   _____ Open Statement of Plaintiff   _____ Opening Statement of Defendant  
_____ Closing Argument of Plaintiff   _____ Closing Argument of Defendant  
_____ Jury Instructions   _____ Sentencing Hearings

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

_____ CJA Form submitted to District Court Judge   _____ Motion for Transcript has been submitted to District Court  
_____ CJA Form submitted to Court of Appeals   _____ Private Funds

Signature: /s/ Daniel P. McDyer, Esq.   Date: 07/11/2016  
Print Name: Daniel P. McDyer   Counsel for: Plaintiff Richard Sterrett  
Address: 707 Grant Street, 1300 Gulf Tower, Pittsburgh, PA 15219   Telephone: 412-765-3700

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

_____ Arrangements for payment were made on _____  
_____ Arrangements for payment have not been made pursuant to FRAP 10(b)

Date _____   Name of Court Report _____   Telephone _____

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District. Court Notification must be forwarded to the Court of Appeals on the same date.)

Actual Number of Pages _____   Actual Number of Volumes _____

Date _____   Signature of Court Reporter _____

## CERTIFICATE OF SERVICE

The undersigned hereby certify that a copy of the within Transcript Purchase Order Form was filed and was served by electronic mail through the ECF filing system on this 11th day of July, 2016 to the following:

Elly Heller-Toig, Esquire
James F. Rosenberg, Esquire
Marcus & Shapira LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA 15219
ehtoig@marcus-shapira.com
Rosenberg@marcus-shapira.com
412-471-3490
Counsel for Giant Eagle, Inc. & OK Grocery Company

Lawrence R. Chaban, Esquire
2727 Grant Building
330 Grant Street
Pittsburgh, PA 15219
Email: lchaban@alpernschubertlaw.com
(412) 765-1888
Counsel for General Warehousemen & Employees,
Local Union No. 636
Affiliated with the International Brotherhood of Teamsters

ANSTANDIG McDYER P.C.

BY: /s/ Daniel P. McDyer
Daniel P. McDyer, Esquire